# STEWART E. MCDIVITT
## Attorney at Law

Route 14 & Ayers Street  
Post Office Box 359  
Montour Falls, New York 14865

Telephone: 607-535-4528  
Fax No.: 607-535-7646  
(NOT FOR SERVICE)

October 25, 2005

U.S. Bankruptcy Court  
Western District of New York  
1220 U.S. Court House  
100 State Street  
Rochester, NY 14614

**Re:   Robert A. & Marietta L. Scheer**  
      **BK No.: 05-24642**

Dear Judge Ninfo:

I am writing in response to the application by Attorney Suzanne Caba on behalf of Accredited Home Lenders, Inc. for Relief From Stay.

Please place this on the calendar for oral argument on October 28, 2005 at 11:00 a.m. in Watkins Glen, New York.

My clients recently contacted my office and advised that they have made their September payment and are due for October. They are respectfully requesting the opportunity to get current on their mortgage payments.

Thank you.

Sincerely,

STEWART E. McDIVITT

SEM/ts  
pc:   Mrs. Suzanne Caba, Esq. (Via Fax Only 516-747-3046)  
      Mr. Peter Scribner, Esq.