# COHN & ROTH

100 E. OLD COUNTRY ROAD MINEOLA, NEW YORK 11501
(516) 747-3030 ☎ FAX (516) 747-3046
www.cohnroth.com

MICHAEL H. COHN
WILLIAM M. ROTH

November 16, 2005

United States Bankruptcy Court
100 State Street
Rochester, New York 14614

Attention: Clerk of the Court

      **RE: Robert A. Scheer, Sr. f/d/b/a Scheer Enterprises and Marietta L. Scheer**
      **CASE NO.: 05-24642-jcn**
      **ASSIGNED TO: Hon. John C. Ninfo, II**
      **RETURN DATE: November 18, 2005 at 11:00 a.m.**

Dear Sir or Madam:

    Please be advised that Cohn and Roth hereby withdraws the Motion for Relief From the Automatic Stay filed by this office on behalf of our client, Accredited Home Lenders, Inc.Green Tree Credit LLC, in the above referenced matter.

    Should you have any questions, please feel free to contact the Bankruptcy Department of Cohn and Roth.

    Thank you for your attention to this matter herein.

                                        Very truly yours,
                                        */s/ Thomas Burns*
                                        Thomas Burns
                                        Bankruptcy Paralegal

C&R/tb
cc:    Office of the United States Trustee
       100 State Street
       Rochester, New York 14614

       Peter Scribner, Trustee
       1110 Park Avenue
       Rochester, New York 14610

       Stewart E. McDivitt
       Route 14 & Ayers Street, P.O. Box 359
       Montour Falls, New York 14865

       Robert A. Scheer, Sr.
       195 Baker Street
       Corning, New York 14830

       Marietta L. Scheer
       195 Baker Street
       Corning, New York 14830